UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARY DIGENNARO,

                                Plaintiff,

                -vs-                                07-CV-6426(CJS)

TOWN OF GATES POLICE DEPARTMENT, et                DECISION & ORDER
al.,

                                Defendants.

---

     The Honorable Marian W. Payson, United States Magistrate Judge, having issued a Report and Recommendation [#47] on December 14, 2010, granting in part and denying in part Plaintiff's Motion to Amend [#33], and no objections having been filed, and the parties having subsequently stipulated to the filing of an amended complaint, it is hereby

     ORDERED, that the Report and Recommendation [#47], granting in part and denying in part Plaintiff's Motion to Amend [#33], is affirmed and adopted in all respects.

     IT IS SO ORDERED.

Dated: September 13, 2011
      Rochester, New York

                        ENTER:

                                /s/ Charles J. Siragusa_____
                                CHARLES J.  SIRAGUSA
                                United States District Judge